IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| MARK WINKLE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EDISON LEARNING, INC.,<br><br>　　　　Defendant. | Case No. 3:19-cv-00242-MJN-SLO |

## ORDER

**AND NOW**, this 7th day of December 2020, upon consideration of the parties' Stipulation (Doc. No. 19), it is **ORDERED** that the Stipulation is **APPROVED** and the parties' Primary Expert Designation deadline is extended by 30 days. The parties shall submit their Primary Expert Designations on or before **January 4, 2020**.

　　　　　　　　　　　　　　　　　　　　　*s/Sharon L. Ovington*
　　　　　　　　　　　　　　　　　　　　　Sharon L. Ovington
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge